UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAWN BUCKLEY,

    Plaintiff,

v.

OFFICER COOK, OFFICER PHILLIPS,
OFFICER ROSS, OFFICER HAWKINS, and
OFFICER SNYDER,

    Defendants.

Case No. 18-cv-518-JPG-GCS

# **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:

- On Count 1, a claim for inadequate mental health treatment, in favor of defendants Cook, Phillips, Ross, Hawkins, and Snyder and against plaintiff Shawn Buckley;
- On Count 2, a claim for insufficient diet, in favor of defendant Cook and against plaintiff Shawn Buckley; and
- On Count 3, a claim for inadequate medical care, in favor of defendant Cook and against plaintiff Shawn Buckley;

and that the foregoing claims are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Count 4, a First Amendment Free Exercise claim, is dismissed without prejudice.

**DATED:** November 5, 2019

                                          **MARGARET M. ROBERTIE, Clerk of Court**

                                          **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**